NAME: De'Shay Malory #08709-510, Case #: ~~0222000~~
1:22-cr-00088-1

On (11/29/2022) the court's sentenced me (De'Shay Malory) to (120 months) imprisonment for (922(G)(1)). Ammendment (821) has a potential impact on my sentence. I may be ~~an~~ eligible for a reduction under ~~§~~ Statute (4A1.1.)

FILED (GR)
U.S. District Court Clerk
FEB 20 2024
JW
2-21

Name: Deshay Mallory
Register Number: 08709-510
S.C.P. Williamsburg
Inmate Mail
P.O. Box 380
Salters, SC 29590



COLUMBIA SC 290

16 FEB 2024 PM 2 L



RECEIVED (GR)
U.S. District Court Clerk
FEB 2 0 2024
JW
Western Michigan

Hon. Jane M. Beckering
602 Federal Building
110 Michigan Street
NW Grand Rapids, MI 49503

49503-230099