UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESHAY MALORY,

    Defendant.
_____/

Case No. 1:22–cr–00088–JMB

Hon. Jane M. Beckering

## U.S. PROBATION OFFICER'S REPORT OF ELIGIBILITY

The defendant appears potentially eligible for consideration of modification of sentence under 18 U.S.C. § 3582(c)(2), because he was assessed status points.

The defendant's subtotal criminal history score was 9. If the defendant was only assessed 1 status point, his total criminal history score would be 10 and he would remain in criminal history category V.

Defendant's projected release date is July 27, 2031, therefore the motion should be addressed in accordance with the Court's procedures.

Dated:  April 22, 2024

    /s/ Matthew Koon_____
U.S. Probation Officer

*This report was served by regular mail upon the defendant at the address provided on the motion.*