FILED - MQ
May 21, 2024 10:15 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY:

United States District Court

For the Western District of Michigan

Southern Division

| | | |
|---|---|---|
| United States | ) | Case # 1:22-CR-00088-1 |
| v. | ) | |
| Deshay Malory | ) | |

---

Request for Sentence Reduction

under 18 U.S.C. §3582(c)(2)

---

Now comes, Deshay Malory, pro se, requesting that the U.S. District Court for the Western District of Michigan reduce his sentence in Case No.: 1:22-CR-00088-1 pursuant to 18 U.S.C. §3582(c)(2) and for the Court to establish a clear record of defendant's criminal history points where countable.

- Historical Background

I.) Factual and Procedural Background

In November of 2022, defendant was sentenced to one hundred and twenty months (120) by the Honorable Judge Jane M. Beckering of the U.S. District Court for the Western District of Michigan. Defendant's applicable guideline range as calculated by the District Court was 120-151 months. Judge Beckering sentenced defendant to the maximum of the statute, 120 months. Defendant subsequently filed a timely request for a sentence reduction due to the passing of Amendment 821 by the U.S. Sentencing Commission.

- Reasons for Request

On February 1, 2024 the U.S. Sentencing Commission's retroactive amendments to the guideline became effective. See United States Sentencing Guidelines 1B1.10(c):

Amendment 821 - Criminal History

Part A of the amendment addresses "Status Points", eliminating Status Points for

those with six or less criminal history points and only adding 1 point for those with more than six criminal history points.

Part C amends the 4A1.3 commentary to include prior marijuana possession sentences as an example of when a downward departure may be warranted for criminal history reasons.

Pursuant to Amendment 821 of U.S.S.G. 1B1.10(c) defendant now has a total criminal history score of 10 and according to the sentencing table in U.S.S.C. Chapter 5, Part A, a criminal history score of 10 establishes a category of V, guideline range 120-151 months however, Part C of Amendment 821 could greatly effect Defendant's sentence. Defendant's prior marijuana possession is example of when a downward departure may be warranted for criminal history reasons.

During the defendant's time in federal prison, defendant has taken full advantage of all resources and has been fully committed to rehabilitation. Defendant has completed over 5 education and work programs such as Interview Skills, Painting, HIV/AIDS Awareness and many more, all while maintaining full-time employment as an orderly. Defendant has developed mechanical, accounting, and vocational skills from working 40 hours a week. Due to the United States Sentencing Commission passage of new retroactive amendments and the new information regarding all 18 U.S.C. §3553(a) factors, defendant seeks a sentence reduction.

Defendant has attached copies of the Statement of Reasons, education transcript while in B.O.P custody, and all SENTRY files of defendant's conduct to be reviewed in considering this request.

- Relief Requested

Defendant requests that this court reduce his sentence pursuant to 18 U.S.C. §3582(c)(2) to remain consistent with the sentencing factors of 18 U.S.C. §3553(a) and for the Court to establish a clear record of defendant's criminal history points where countable.

Deshay Malory
Date: 5/16/2024

Certificate

of

Service

I, Deshay Malory, do hereby declare and affirm under the penalties of perjury pursuant to 28 U.S.C. §1746 and 18 U.S.C. §1621, that a copy of the hereto attached request for sentence reduction was mailed to the U.S. Attorney's Office at P.O. Box 208, Grand Rapids, Michigan 49501 , by U.S. Mail, postage prepaid on this 16 day of MAY, 2024.

                                                    Deshay Malory

De'shay Malony #08709-510
Williamsburg (FCI)
P.O. Box 340
Salters, SC 29590

COLUMBIA SC 290
17 MAY 2024 PM 4 L



OFFICE OF THE CLERK
U.S District Court
330 Federal BLDG
202 Washington St.
P.O Box 698
Marquette, MI 49855

49855-069898